March 11, 2005

Mr. Thomas S. Hornbuckle
The Hornbuckle Firm
909 Fannin, Suite 3010
Houston, TX 77010

Ms. Lori D. Proctor
Proctor & Nagorny, P.C.
5847 San Felipe, Suite 2000
Houston, TX 77057-3009
Mr. Alvin Laser
Boston & Hughes
1360 Post Oak Blvd., Ste. 1650
Houston, TX 77056

RE: Case Number: 04-0181
 Court of Appeals Number: 04-02-00536-CV
 Trial Court Number: 95-CI-12856

Style: JESUS M. CORTEZ ON BEHALF OF THE ESTATE OF CARMEN PUENTES,
 DECEASED
 v.
 HCCI-SAN ANTONIO, INC. D/B/A ALTA VISTA NURSING CENTER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Green not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Dan Crutchfield |
| |Ms. Misty Ann Farris |